|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | JAN 23 2018 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: ROGER RAPHAEL BROWN.
_____

ROGER RAPHAEL BROWN,

              Petitioner,

 v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS,

              Respondent,

J. LEVER, #5712 and TALLMAN, #13318,

              Real Parties in Interest.

No. 17-72997

D.C. No. 2:17-cv-00828-JAD-PAL
District of Nevada, Las Vegas

ORDER

Before: REINHARDT, PAEZ, and BEA, Circuit Judges.

    The petition for a writ of mandamus is denied without prejudice to the filing of a new petition if the district court has not screened petitioner's complaint as required by 28 U.S.C. §§ 1915(e)(2) and 1915A(a) within 90 days.

    The motion to proceed in forma pauperis (Docket Entry No. 2) is denied as moot.

SLL/MOATT